# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**WILLIAM E. BRIGHTMON,**

    **Plaintiff,**

v.                                                   Case No. 1:16cv132-MW/CAS

**NANCY A. BERRYHILL,**
**Acting Commissioner of**
**social Security,**

    **Defendant.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 37. Upon consideration, no objections having been filed by the parties because the parties stipulated to the relief,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "In light of the Joint Stipulation of the parties, ECF No. 36, Plaintiff's petition for attorney's fees, ECF No. 34, is **GRANTED**. Plaintiff is awarded attorney's fees in the amount of $10,245.48, along with costs of $218.00 and expenses of $26.18, for a total amount of $10,489.66. The Commissioner is afforded, however, the opportunity to offset from this amount any debt owed by the Plaintiff to the United States that may be identified

by the Department of Treasury. Any ultimate distribution shall be made in accordance with *Astrue v. Ratliff*." The Clerk shall close the file.

**SO ORDERED on January 23, 2019.**

**s/ MARK E. WALKER**
**Chief United States District Judge**
